MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *FRANK MONIZ*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:01-cr-151 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date:  March 28, 2006

      The reference of the motions at dockets 464 and 511 to Magistrate Judge John Roberts is hereby **WITHDRAWN**.

      The motion at docket 464 is **DENIED** for the reasons stated in the opposition at docket 465 to which no reply was ever filed.  At best, the motion at docket 464 was premature.

      The motion at docket 511 is **DENIED** for the reasons stated in the opposition at docket 513 to which no reply was ever filed.  At best, this motion is also premature.