IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| FRANK MONIZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 301-cr-00151(JWS) |

**MOTION TO WITHDRAW AS COUNSEL**

Joe P. Josephson, the undersigned, court-appointed (CJA) counsel for the defendant, FRANK MONIZ, moves to withdraw from this action. The grounds for this motion are that the defendant has asked the undersigned to withdraw. The undersigned acknowledges that in accordance with Local Rule 44-2(b), he continues to represent the defendant until entry of a court order granting this motion.

DATED May 9, 2006, at Anchorage, Alaska.

s/ Joe P. Josephson
Joe P. Josephson
912 W 6th Ave 99501
Phone: (907) 276-0151
Fax: (907) 276-0155
E-mail: jjosephson@aol.com
Alaska Bar No. 6102018

I hereby certify that
on May 9, 2006, a copy
of the foregoing Motion
to withdraw as counsel
was served electronically
on Richard Polmeroy and on
by regular US Mail on Frank Moniz, Reg. No. 14384-006,
 P. O. Box 5000,
Sheridan, OR  97378

s/ J Josephson