IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
_____
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
    V.                       )
                             )
FRANK MONIZ,                 )
                             )
              Defendant.     )
_____) Case No. 301-cr-00151(JWS)
```

**(PROPOSED) ORDER GRANTING**
<u>**MOTION OF COUNSEL FOR LEAVE TO WITHDRAW**</u>

    Joe P. Josephson, attorney of record for Frank Moniz, defendant, having moved, pursuant to Local Rule 44-2(b), for leave to withdraw from this action, and

    Defendant having signified orally his consent to the said motion, and defendant having requested that the said motion be granted, it is so

    ORDERED.

    DONE at Anchorage, Alaska, this ____ day of May, 2006.

                                          _____
                                            Judge