ORIGINAL

NO.   A01-0151 CR

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In The United States Court Of Appeals
San Francisco, California

FRANK MONIZ,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

NOTICE OF APPEAL AND
APPLICATION FOR CERTIFICATE OF APPEALABILITY
IN FEDERAL CUSTODY

Frank Moniz
Fed. Reg. No. 14384-006
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378-5000