## TABLE OF CONTENTS



RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Subject | Page(s) |
|---|---|
| Table of Authorities | ii |
| Statutes | ii |
| Statement of Jurisdiction | iii |
| Statement of Issue(s) on Review | iii |
| Memorandum in Support of (COA) | 1-9 |
| Certificate of Service | 10 |