**TABLE OF AUTHORITIES**

RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Case Law**                                                    Page(s)

Apprendi v. New Jersey, 120 S.Ct. 2348 (2000)............ 5,6

Blakely v. Washington, 124 S.Ct. 2531 (2004)............. 6

Haines v. Kerner, 92 S.Ct. 594 (1972).................... 1

Houston v. Lack, 108 S.Ct. 2379 (1985)................... 10

United States v. Plancarte-Alvarez, 366 F.3d 1058
(9th Cir. 2004).......................................... 6

**Statutes**

21 U.S.C. § 841.......................................... 1,2,4,5,6,8

21 U.S.C. § 846.......................................... 1,2,4

28 U.S.C. § 2253(c)...................................... 2

**United States Sentencing Guideline**

U.S.S.G. § 1B1.3......................................... 3,6,8

U.S.S.G. § 2D1.1......................................... 2,3

**Circuit Rule**

22-1(d).................................................. 2