RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## STATEMENT OF JURISDICTION

Jurisdiction of the Court of Appeals. This Court has Appellate Jurisdiction pursuant to 28 U.S.C. § 1291 to review a final decision of the District Court in a criminal case.

## STATEMENT OF ISSUE ON REVIEW

1. Did the District Court err by not resolving the objections made by Mr. Moniz in his PSR?

2. Did the District court sentence Mr. Moniz erroneously to the wrong drug quantity, and applied the wrong U.S.S.G.?

iii