**CERTIFICATE OF SERVICE**

RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I, Frank Moniz, hereby certify that on this /6 day of May, 2006, I mailed a true and correct copy of the foregoing

**NOTICE OF APPEAL AND APPLICATION FOR CERTIFICATE OF APPEALABILITY**

to the following individual(s) by the United States Postal Service, postage prepaid:

    **CLERK OF THE COURT**
    United States Court of Appeals
    P.O. Box 193939
    San Francisco, CA 94119-3939

    **TIMOTHY M. BURGESS**, United States Attorney
    **STEPHEN A. COLLINS**, Assistant United States Attorney
    United States Department of Justice
    Federal Building/United States Courthouse
    222 West 7th Avenue #9, Room 253
    Anchorage, Alaska 99513-7567

    /s/ Frank Moniz
    FRANK MONIZ
    Fed. Reg. No. 14384-006
    Federal Correctional Institution
    P.O. Box 5000
    Sheridan, Oregon 97378-5000

**Note:** Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to the court clerk. **Houston v. Lack**, 487 U.S. 266, 101 L.Ed.2d 245, 108 S.Ct. 2379 (1988).