UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/20/06

To: United States Court of Appeals      ATTN: (xxx) CIVIL
     For the Ninth Circuit
     Office of the Clerk      (xxx) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103      ( )JUDGE

From: Shari Fuhrer
     U.S. District Court
     222 West 4th Avenue, #4
     Anchorage, Alaska 99513

DC No: 3:01-cr-00151- JWS / 3:04-cv-00180 -JWS      Appeal No: 06-35482

Short title: USA v Moniz

Composition of Record

Clerk's Files in 13 volumes      (xxx) original  ( ) certified copy

     Bulky docs. 1 volumes, docket # lodge copies of 1st superseding indictment
         (folders)

Reporter's in 2 volumes      (xx) original  ( )certified copy
Transcripts #394,395, & 539

Exhibits:      in _____ envelopes      ( ) under seal

         in _____ boxes      ( ) under seal

Other: **NOTE: 5 Sealed Volumes**
**Documents 596-602 are electronic and available through PACER**
**(certified copy of ACMS and ECF docket enclosed)**
(please note any documents filed under seal)

Acknowledgement:_____      Date:_____
"record.app" [11/21/97]