RECEIVED

JUN 15 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

06-35482

**CASE INFORMATION:**
Short Case Title: USA v Frank Moniz
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick - 3:01-cr-00151-07-JWS
Date Complaint/Indictment/Petition Filed: Amended 2255 Petition filed 3/14/05
Date Appealed Order/Judgment *entered*: 4/13/06
Date NOA *filed*: 5/22/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending
**NOTE: See para 6 of JWS Order being appealed (dkt # 597) re: COA**
Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: 8/23/04         Date FP denied: _
Is FP pending? No yes/no         Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Frank Moniz, Pro Per | Richard Pomeroy, AUSA |
| Fed. Reg. No. 14384-006 | U.S. Attorney's Office |
| FCI | 222 W. 7th Ave., #9 |
| P.O. Box 5000 | Anchorage, AK  99513 |
| Sheridan, OR  97378-5000 | FAX: 907-271-2344 |

__retained   __CJA   __FPD   __FPD   X Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14384-006         Address: SEE ABOVE
Custody: X
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form:   Linda Christensen - 907-677-6104