IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK MONIZ,<br><br>    Defendant. | Case No. 3:01-cr-00151-JWS<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On March 3, 2008, Frank Moniz, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 614.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3] Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk of Court is directed serve a copy of the motion for re-sentencing, at docket number 614, and a copy of this Order, on the United States Attorney for the District of Alaska.

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Moniz with a copy of this Order. Mr. Moniz may file an application for counsel on or before **April 2, 2008**.

3. The Government is permitted to file a response within sixty days from the date of this Order.[5]

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[5] If counsel is appointed, the Court will give counsel an opportunity to file an amended motion, and may set a new timetable.

4. Mr. Moniz may file a reply within thirty days of the filing of the response.

5. A date for imposition of re-sentencing is set for 8:30 AM on August 8, 2008, in Anchorage.

DATED this 5th day of March, 2008, at Anchorage, Alaska.

        /s/ JOHN W. SEDWICK
        United States District Judge