**Name:** FRANK MONIZ #14384-006

**Address:** P.O. Box 5000 Sheridan, OR 97378

**Telephone Number:**

RECEIVED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FRANK MONIZ,

        Plaintiff/Petitioner,

CASE NO. A01-0151-07

vs,

UNITED STATE OF AMERICA

        Defendant/Respondent.

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 3-5-08

_Frank_ _____
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

Frank Moniz
14384-006
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378-5000

SALEM OR 973
13 MAR 2008 PM 1 L

Clerk of Court
Federal building U.S. Courthouse
222 W 7th Ave #4
Anchorage, Alaska
99513-7564

Legal