IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANK MONIZ,

      Defendant.

Case No. 3:01-cr-00151-JWS

ORDER APPOINTING COUNSEL
and RE-SETTING SCHEDULE

      On March 3, 2008, Frank Moniz, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]  On March 17, 2008, Mr. Moniz filed a motion for appointment of counsel.[2]

      As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base

---

[1] *See* Docket No. 614.

[2] *See* Docket Nos. 623, 624.

offense level associated with each quantity of crack by two levels."[3]  The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[4]  Since that case was decided, it has been determined that the guidelines will become retroactive on March 3, 2008.[5]

**IT IS THEREFORE ORDERED that:**

1.    Mr. Moniz's application for appointment of counsel, at docket number 623, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Moniz  in this matter.

2.    The timetable previously set forth in the Order at docket number 617 is hereby changed.

3.    Counsel for Mr. Moniz shall review the record, confer with him, and file an amended motion under section 3582(c), or other appropriate document, within

---

[3]  *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

[4]  *Id.* at n. 11.

[5]  *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

forty-five days from the date of this Order.

4.    The Government is permitted to file a response within thirty days from the time

counsel for Mr. Moniz files the motion.

5.    Counsel for Mr. Moniz may file a reply within thirty days of the filing of the

response.

6.    A date for imposition of re-sentencing is set for 8:30 AM on Thursday, August

7, 2008.


DATED this 17th day of March, 2008,  at Anchorage, Alaska.



/s/JOHN W. SEDWICK

United States District Judge