NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Stephan.Collins@usdoj.gov
AK Bar Assoc. No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-CR-00151-07-JWS |
| Plaintiff, | ) ) ) | **RESPONSE TO 18 U.S.C. § 3582(c) MOTION** |
| vs. | ) ) | |
| FRANK MONIZ, | ) ) | |
| Defendant. | ) ) | |

Frank Moniz, the defendant, has filed a motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c)(2), USSG § 1B1.10(c), and Amendments 706 and 711 of the United States Sentencing Commission Guidelines Manual. Based upon its review of the defendant's original sentence and the reports of the defendant's misconduct while incarcerated, the United States concludes that the defendant is

nonetheless eligible for a two level reduction in offense level used to calculate the guideline sentences imposed on the two charges on which the defendant was convicted.

The defendant was convicted on one count of conspiracy to distribute 50 grams or more of cocaine base (crack), in violation of 21 U.S.C. § 846 and 841(b)(1)(A), (Count 1) and one count of distribution of a detectable amount of cocaine or cocaine base(crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)(Count 21). The defendant was subject to a statutory mandatory minimum sentence of 10 years on Count 1. The defendant did not face a statutory mandatory minimum sentence on Count 21

At the time of sentencing, the Court calculated the defendant's total adjusted offense level to be 30. The Court also found the defendant's criminal history category to be III. Based on these findings, the Court found the defendant's guideline sentence range to be between 121 and 151 month of imprisonment. The Court imposed a sentence of 130 months for each of these drug trafficking offenses; the sentences were to run concurrent. The Court imposed a middle of the range term because the defendant had engaged in threatening behavior against a codefendant who cooperated with the government.

As a result of the recent "retroactive crack" amendments to the guidelines,

the defendant's total adjusted guideline offense level for his drug trafficking convictions would be reduced from 30 to 28. The effect would be reduce his guideline sentence range from the original range of 121 to 151 months of imprisonment to a range of 120 to 121 months of imprisonment for Count 1, on account of the unaffected statutory mandatory minimum sentence applicable to violations of 21 U.S.C. §§ 846 and 841(b)(1)(A). As for Count 21, the range would be reduced to 97 to 121 months of imprisonment.

The United States therefore agrees the Court has the discretion to adjust the defendant's sentence on Count 1 to a term of 120 months of imprisonment, and, for Count 21, the Court can adjust the defendant's sentence to a term of 97 months of imprisonment. The Court can not impose a sentence of less than 120 months on Count 1 because of the statutory mandatory minimum sentence contained in Title

\\

\\

\\

21 U.S.C. § 841(b)(1)(A)–the penalty section applicable to the defendant's

conviction on Count 1.

RESPECTFULLY SUBMITTED this day, May 9, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008 a copy of the foregoing was served electronically:

Joe Josephson counsel for Moniz