**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA    v.    FRANK MONIZ   

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:01-cr-00151-07-JWS   

Deputy Clerk   

Robin M. Carter   

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed both defendant Moniz's motion at docket 614 to reduce sentence based on retroactive application of revised sentencing guidelines and the government's response at docket 639.  Under the revised guidelines, defendant's guideline offense level is 28, while his criminal history category remains a level III.  Thus, his new guideline range of incarceration is 97 to 121 months on the counts of conviction, Counts 1 and 21.  However, because Count 1 remains subject to a 10 year mandatory minimum sentence, the effective lawful guideline range for Count 1 is incarceration for a period of from 120 to 121 months.

Based on a review of the motion papers, and the file in this case including the pre-sentence report, the motion at docket 614 is **GRANTED** as follows:  The existing judgment is changed to impose a sentence of imprisonment for 120 months on Count 1 (which is the statutory mandatory minimum) and sentence of imprisonment for 105 months on Count 21 (which is within the adjusted guideline range); these sentences to run concurrently.  All other provisions of the judgment in Mr. Moniz's case shall remain unchanged.

The Clerk is requested to prepare an appropriate Form AO 247.


DATE:  May 30, 2008               ENTERED AT JUDGE'S DIRECTION
                                       INITIALS:   rmc   
                                              Deputy Clerk


[FORMS*IA*]