✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of   Alaska

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| FRANK MONIZ ) | Case No:   3:01-cr-00151-07-JWS |
| ) | USM No:   14384-006 |
| Date of Previous Judgment:   7/12/02   ) | Joseph Josepheson |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   130   months **is reduced to**   120  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:   34 | | Amended Offense Level:   28 | |
| Criminal History Category:   III | | Criminal History Category:   III | |
| Previous Guideline Range:   188 to 235 months | | Amended Guideline Range:   97 to 121 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
The sentence of 120 months is imposed on Count 1 which is subject to a 10 year mandatory minimum sentence. The sentence on the other count of conviction, Count 21, is 105 months which is to be served concurrently with the sentence on Count 1.

Except as provided above, all provisions of the judgment dated   7/12/02   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 30, 2008                                    /s/ JOHN W. SEDWICK
                                                          Judge's signature

Effective Date:   June 9, 2008                           John W. Sedwick, U.S. District Judge
(if different from order date)                           Printed name and title